UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60882-CIV-ZLOCH

JOSE REYES,

    Plaintiff,

vs.                                    **FINAL ORDER OF DISMISSAL**

BROWN DISTRIBUTING COMPANY
OF WEST PALM BEACH, a Florida
corporation,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Joint Motion For Approval Of Settlement Agreement And Stipulation Of Dismissal With Prejudice (DE 21), filed herein by Plaintiff, Jose Reyes, and Defendant, Brown Distributing Company of West Palm Beach.  The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.  The Joint Motion For Approval Of Settlement Agreement And Stipulation Of Dismissal With Prejudice (DE 21), filed herein by Plaintiff, Jose Reyes, and Defendant, Brown Distributing Company of West Palm Beach, be and the same is hereby **GRANTED**;

    2.  The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

3. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___29th___ day of September, 2008.

*/s/ William J. Zloch*
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:
All Counsel of Record